# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GARRETT GRAY, | Case No. 1:17-cv-01596-SKO |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR A FIRST EXTENSION OF TIME TO FILE RESPONSE** |
| v. | (Doc. 15) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Pursuant to the parties' "Stipulation for a First Extension of Time" (Doc. 15), IT IS HEREBY ORDERED that Defendant shall have until September 27, 2018, to file her response to Plaintiff's Brief in Support of Remand. All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**August 28, 2018**__                          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE